# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABI YOUSSOFI, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SIMPLE PAYMENTS CORPORATION,<br><br>  Defendant. | Case No. 16-cv-828-BAS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pending before the Court is the Parties' joint motion to dismiss this matter with prejudice. (ECF No. 17.) Having reviewed the motion, and noting that the stipulation of dismissal has been signed by all parties who have appeared, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** this action in its entirety.[1] *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney's

---

[1] The Parties emphasize that the dismissal is to be without prejudice as to the putative class. Given that the Court has not certified any class in this matter whose claims would be subject to dismissal, the Parties' stipulation on this point is unnecessary. Plaintiff Youssofi is not a class representative, and his dismissal does not impact the rights of the putative class.

– 2 –

1  fees.

2  **IT IS SO ORDERED**.

3  **DATED: August 22, 2016**

*Cynthia Bashant*
Hon. Cynthia Bashant
United States District Judge