UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABI YOUSSOFI,<br><br>                                    Plaintiff,<br><br>v.<br><br>SIMPLE PAYMENTS CORP., et al.,<br><br>                                    Defendants. | Case No.:  16-CV-0828-BAS (WVG)<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |

On August 19, 2016, the parties filed a Joint Motion to Dismiss this case.  (Doc. No. 17.)  Therefore, the telephonic Settlement Disposition Conference set for August 29, 2016, at 8:00 a.m., is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  August 23, 2016

_____
Hon. William V. Gallo
United States Magistrate Judge

1

16-CV-0828-BAS (WVG)